■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG HILL, Appellant. [881 NYS2d 359]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered February 14, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sexual act in the first degree and sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Peradotto, Green and Gorski, JJ.